# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 24, 2108

## NO. 03-17-00333-CR

**The State of Texas, Appellant**

**v.**

**Brandom Garrett, Appellee**

## APPEAL FROM COUNTY COURT AT LAW NO. 1 OF COMAL COUNTY
## BEFORE JUSTICES PURYEAR, PEMBERTON, AND BOURLAND
## DISMISSED AS MOOT-- OPINION BY JUSTICE PURYEAR

This is an appeal from the judgment of conviction entered by the trial court. Having reviewed the record, the Court agrees that the appeal should be dismissed. Therefore, the Court dismisses the appeal as moot. Each party shall pay the costs of appeal incurred by that party, both in this Court and the court below.

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 24, 2108

## NO. 03-17-00334-CR

**The State of Texas, Appellant**

**v.**

**Brandom Garrett, Appellee**

## APPEAL FROM COUNTY COURT AT LAW NO. 1 OF COMAL COUNTY
## BEFORE JUSTICES PURYEAR, PEMBERTON, AND BOURLAND
## DISMISSED AS MOOT-- OPINION BY JUSTICE PURYEAR

This is an appeal from the judgment of conviction entered by the trial court. Having reviewed the record, the Court agrees that the appeal should be dismissed. Therefore, the Court dismisses the appeal as moot. Each party shall pay the costs of appeal incurred by that party, both in this Court and the court below.